[No. 64028-3-I.   Division One.   August 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. GEINLY F. DIAZ-DIAZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-00980-1, Helen Halpert, J., entered July 30, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Grosse and Appelwick, JJ.

[No. 64073-9-I.   Division One.   August 2, 2010.]

THE STATE OF WASHINGTON, *Appellant*, v. LEROY EDWARD OLSEN III, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 08-1-00066-5, John M. Meyer, J. Pro Tem., entered August 31, 2009. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Becker and Lau, JJ.

[No. 64903-5-I.   Division One.   August 2, 2010.]

*In the Matter of the Meretricious Relationship of* DAVID A. BLACK, *Appellant*, and PAULA L. EINSTEIN, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 06-2-00578-0, F. Mark McCauley, J., entered April 7, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Lau, JJ.

[No. 64926-4-I.   Division One.   August 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB N. SHERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 05-1-00609-1, David L. Edwards, J., entered October 16, 2008. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Spearman, JJ.